Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  17−18365−JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tanisha K. Bostic
    6 Abbett Avenue
    Voorhees, NJ 08043

Social Security No.:
    xxx−xx−5815

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 28, 2017
JAN: cmf

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 17-18365-JNP
Tanisha K. Bostic                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2          Date Rcvd: Aug 28, 2017
                              Form ID: 148           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
```
db          +Tanisha K. Bostic,    6 Abbett Avenue,    Voorhees, NJ 08043-4873
516786256   +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
516786257   +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516786258   +Raymour And Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2017 22:37:30    U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2017 22:37:26    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516825093    EDI: GMACFS.COM Aug 28 2017 22:23:00    Ally Financial,    PO Box 130424,
              Roseville MN 55113-0004
516786252   +EDI: GMACFS.COM Aug 28 2017 22:23:00    Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
516989212    EDI: BECKLEE.COM Aug 28 2017 22:23:00    American Express Bank, FSB,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
516786253   +EDI: AMEREXPR.COM Aug 28 2017 22:23:00    Amex,   Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
516786254   +EDI: CAPITALONE.COM Aug 28 2017 22:23:00    Cap1/Best Buy,   PO Box 30253,
              Salt Lake City, UT 84130-0253
516786255   +EDI: CHASE.COM Aug 28 2017 22:23:00    Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
516997484   +EDI: MID8.COM Aug 28 2017 22:23:00    Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
516885654    EDI: Q3G.COM Aug 28 2017 22:23:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788
516786259   +EDI: RMSC.COM Aug 28 2017 22:23:00    Syncb Bank/American Eagle,    Attn: Bankruptcy,
              Po Box 965064,    Orlando, FL 32896-5064
516789796   +EDI: RMSC.COM Aug 28 2017 22:23:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
516786260   +EDI: RMSC.COM Aug 28 2017 22:23:00    Synchrony Bank/Banana Republic,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
516786261   +EDI: RMSC.COM Aug 28 2017 22:23:00    Synchrony Bank/Care Credit,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
516786262   +EDI: RMSC.COM Aug 28 2017 22:23:00    Synchrony Bank/Old Navy,   Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
516786263   +EDI: RMSC.COM Aug 28 2017 22:23:00    Synchrony Bank/TJX,   Attn: Bankruptcy,    Po Box 956060,
              Orlando, FL 32896-0001
516840601   +E-mail/Text: bncmail@w-legal.com Aug 28 2017 22:37:37    TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516786264   +EDI: TDBANKNORTH.COM Aug 28 2017 22:23:00    TD Bank, N.A.,   Attn: Bankruptcy,
              32 Chestnut St,    Lewiston, ME 04240-7799
516786265   +EDI: WTRRNBANK.COM Aug 28 2017 22:23:00    Tnb-Visa  (TV) / Target,
              C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
516899479   +EDI: AIS.COM Aug 28 2017 22:23:00    Verizon,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516952330      PNC BANK, NATIONAL ASSOCIATION
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: 148               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Tanisha K. Bostic jjresq@comcast.net,   jjresq1@comcast.net
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```